IN THE IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA, IOWA,<br><br>     Petitioner,<br><br>v.<br><br>CARRIE WALKER, UNITED STATES DEPARTMENT OF AGRICULTURE, WARREN COUNTY, IOWA, AND ACC 709, LLC,<br><br>     Respondents. | Case No. _____<br><br><br>ORIGINAL NOTICE |

TO THE ABOVE-NAMED RESPONDENTS:

You are notified that a Petition has been filed in the office of the Clerk of this Court, naming you as the Respondents in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The attorney for the Petitioner is Michael W. Heilman, whose address is 6701 Westown Pkwy, Suite 100, West Des Moines, IA 50266 and phone number is (5l5) 274-l450; facsimile number (5l5) 274-l488.

You are further notified that the above case has been filed in a county that utilizes electronic filing. You must serve a motion or answer within 20 days after the service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer electronically with the Iowa Court System. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition. See page 2 regarding Iowa Court Rules Chapter 16 for general rules and information on electronic filing, and Chapter 16 Division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394. (If you are hearing impaired, call Relay Iowa TTY at l-800-735-2942).

CLERK OF COURT
Warren County Courthouse
Indianola, Iowa 50125

**IMPORTANT**

**YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.**

E-FILED  2023 SEP 21 2:32 PM WARREN - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.* **EQCV039949**

*County* **Warren**

*Case Title* CITY OF INDIANOLA V CARRIE WALKER

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued* **09/21/2023 02:32:56 PM**



*District Clerk of Court or/by Clerk's Designee of* Warren          *County*

**/s/ Kelly Junkmann**

E-FILED  2023 SEP 20 2:56 PM WARREN - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA, IOWA,<br><br>      Petitioner,<br><br>v.<br><br>CARRIE WALKER, UNITED STATES DEPARTMENT OF AGRICULTURE, WARREN COUNTY, IOWA, AND ACC 709, LLC,<br><br>      Respondents. | Case No. _____<br><br><br>**PETITION IN EQUITY**<br><br>**(LIS PENDENS)** |

Comes now the petitioner, city of Indianola, Iowa, and for its petition for title to abandoned property, states to the court as follows:

PARTIES

1.     Petitioner, the city of Indianola, Iowa, is a municipality in the state of Iowa.

2.     Respondent, Carrie Walker, is an Owner or Interested Person, as those terms are defined by Iowa Code chapter 657A, of real property locally known as 1001 Caroline Terrace, Indianola, IA, and legally described as:

Lot 33 in Green Hills of Indianola, an Official Replat, now included in and forming a part of the City of Indianola, Warren County, Iowa.

(the "Property") and certain buildings and/or structures located thereon.

3.     Respondent United States Department of Agriculture, as Lender, may claim an interest in the property by virtue of a mortgage recorded on September 23, 2004 in Book 2004 Page 610749 in the Warre County Recorder's Office.

4.     Respondent Warren County is an Iowa County with its principal place of business in Warren County, Iowa, and is joined in this action because it may claim some

E-FILED  2023 SEP 20 2:56 PM WARREN - CLERK OF DISTRICT COURT

right, title or interest in the property by virtue of unpaid property taxes and special assessments.

5.       Respondent ACC 709, LLC is an Iowa Limited Liability Company doing business in Warren County, Iowa, and is joined in this action because it may claim some right, title or interest in the property by virtue of tax sale certificate 23-0135.

6.       Respondents are each an Owner or Interested Person, as those terms are defined by Iowa Code chapter 657A, of real property locally known as 1001 Caroline Terrace, Indianola, IA, and legally described as:

> Lot 33 in Green Hills of Indianola, an Official Replat, now included in and forming a part of the City of Indianola, Warren County, Iowa.

(the "Property") and certain buildings and/or structures located thereon.

## JURISDICTION AND VENUE

7.       This court has jurisdiction over this action pursuant to Iowa code § 602.6202 and 657A.10A and 11.

8.       Venue is proper in Warren County pursuant to Iowa code § 616.18.

## FACTUAL BACKGROUND

9.       The respondents possesses, owns, controls or have an interest in the property, buildings and/or structures more particularly set forth above.

10.       The property is located within the city of Indianola, Iowa.

11.       The buildings and/or structures which are the subject to this action are used or intended to be used for residential purposes.

12.       The buildings and/or structures which are the subject to this action have:

E-FILED  2023 SEP 20 2:56 PM WARREN - CLERK OF DISTRICT COURT

    a.  remained vacant and have been in violation of the housing code of the City of Indianola for a period of six consecutive months; and/or

    b.  are in a dangerous or unsafe condition.

13.    The petitioner herein has sufficient evidence to support the considerations required by chapter 657A.10B(3), as follows:

    a.  Property taxes and special assessments on the property are delinquent;

    b.  Utilities are not currently being provided to the property and have not been active at the property for a number of years;

    c.  The property has been unoccupied;

    d.  Upon multiple inspections by the City of Indianola, the residence appears to be unoccupied and has had no known occupant for a number of years;

    e.  The City has expended significant funds and efforts in attempting to maintain the property, and has abated dozens of violations at the City's expense for such things as cutting overgrown vegetation.

14.    The property and the buildings and/ structures contained thereon are "abandoned" in that they have remained vacant and in violation of the housing code of the city of Indianola for a period of six consecutive months.

15.    The aforementioned constitutes a public nuisance, violation of the code of ordinance of Indianola Iowa and a violation of Iowa code chapter 657A.

16.    The respondents have not demonstrated a good-faith effort to restore the property to productive use.

    WHEREFORE, the City of Indianola requests that the court find that each building and Structure at issue in this case is abandoned, and issue an injunction requiring the owner

E-FILED  2023 SEP 20 2:56 PM WARREN - CLERK OF DISTRICT COURT

to correct the condition or to eliminate the violation, or another order that the court considers necessary or appropriate to correct the condition or to eliminate the violation and for the costs of this action, for its reasonable attorney's fees, if allowed by law, and for such further and other relief as the court deems appropriate and is allowed pursuant to Iowa code chapter 657A.

Petitioner further requests that the court enter judgment awarding title to the city free and clear of any claims, liens, or encumbrances held by the respondents, for the relief provided in Iowa code section 657A and for the costs of this action, for its reasonable attorney's fees, if allowed by law, and for such further and other relief as the court deems appropriate.

Respectfully Submitted,

BRICK GENTRY, P.C.

By: _/s/ Michael Heilman_____
　　　Michael W. Heilman, AT0012168
　　　6701 Westown Parkway, Suite 100
　　　West Des Moines, IA  50266
　　　Telephone:  (515) 274-1450
　　　Facsimile:  (515) 274-l488
　　　michael.heilmant@brickgentryaw.com
　　　ATTORNEY FOR PLAINTIFF

E-FILED  2023 NOV 13 10:49 AM WARREN - CLERK OF DISTRICT COURT

|  |  |
|---|---|
| IN THE IOWA DISTRICT COURT FOR WARREN COUNTY | |
| CITY OF INDIANOLA, IOWA,<br><br>        Plaintiff,<br><br>vs.<br><br>CARRIE WALKER, UNITED STATES DEPARTMENT OF AGRICULTURE, WARREN COUNTY, IOWA and ACC 709, LLC<br><br>        Defendants. | Case No. EQCV039949<br><br><br>**APPEARANCE OF ALLISON M. STEUTERMAN** |

COMES NOW Allison M. Steuterman, of Brick Gentry, P.C., and hereby enters her Appearance on behalf of Plaintiff, the City of Indianola, Iowa, in the above-captioned case.

Respectfully submitted,

BRICK GENTRY, P.C.

By:    /s/ *Allison M. Steuterman*
        Allison M. Steuterman (AT0007558)
        6701 Westown Parkway, Suite 100
        West Des Moines, Iowa 50266
        Telephone: 515.274.1450
        Facsimile: 515.274.1488
        allison.steuterman@brickgentrylaw.com
        ATTORNEY FOR PLAINTIFF
        THE CITY OF INDIANOLA, IOWA

---

**NOTICE OF ELECTRONIC FILING**
Notice of Electronic Filing is sent through the Electronic Document Management System to all registered filers for the within case. A review of the filers in this matter indicates that all necessary parties have been or will be served. Any unregistered filer will be served with a paper copy and so noted in a Certificate of Service.

Dated: November 13, 2023

By: /s/ *Lisa Anderson*

E-FILED  2023 DEC 19 12:18 PM WARREN - CLERK OF DISTRICT COURT

## AFFIDAVIT OF SWORN INVESTIGATIVE EFFORTS

| Case:<br>EQCV039949 | Court:<br>IN THE IOWA DISTRICT COURT FOR WARREN COUNTY | County: | Job:<br>9681893 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>City of Indianola | | **Defendant / Respondent:**<br>Carrie Walker et al | |
| **Received by:**<br>Brenda Phongsavanh | | **For:**<br>Brick Gentry, PC | |
| **To be served upon:**<br>Carrie Walker | | | |

I, Brenda Phongsavanh, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Carrie Walker

**Manner of Service:**

**Documents:**   Original Notice and Petition

**Additional Comments:**

Between 10/3/23-11/21/23, four different addresses have been attempted at:

5316 Meadow Pl, West Des Moines, IA 50266-vacant house with lock box.

1001 Caroline Terrace , Indianola, Iowa 50125 -vacant house.

308 N N ST , INDIANOLA, IA 50125 - Man answered and stated she lives in Des Moines. This house is owned by Michael and Tina Bush, listed as possible relatives on skip trace.

3004 SE 20TH ST , DES MOINES, IA 50320 -person who answered door stated that Carrie Walker no longer lives there

Google search does not show a possible confirmation of her whereabouts.

Please request permission to subpoena Michael Bush at 308 N N St, Indianola.

Brenda Phongsavanh

Date    11·23·23

Subscribed and sworn to before me by the affiant who is personally known to me

Notary Public

Date    11·23·23        Commission Expires

PO BOX 278
CARLISLE, IA 50047-0278
515-971-0687

EDWARD CHARLES BLEIMEHL V
Commission Number 845082
My Commission Expires

E-FILED  2023 DEC 19 12:18 PM WARREN - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA, IOWA,<br><br>       Petitioner,<br><br>v.<br><br>CARRIE WALKER, UNITED STATES DEPARTMENT OF AGRICULTURE, WARREN COUNTY, IOWA, AND ACC 709, LLC,<br><br>       Respondents. | Case No. EQCV039949<br><br><br>**MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE**<br>**(Rule 1.302(5))** |

Comes now the petitioner, city of Indianola, Iowa, for its Motion for Extension of Time to Effectuate Service pursuant to Iowa Rule of Civil Procedure 1.302(5) states as follows:

1. The Petition in the above captioned matter was filed on September 21, 2023.

2. Ninety days from filing is December 20, 2023.

3. Despite diligent investigative and service efforts, the process server, Brenda Phongsavanh, hired to effectuate service on Defendant Carrie Walker, has been unable to effectuate service.  See attached Affidavit of Sworn Investigative Efforts.

4. Pursuant to Iowa Rule of Civil Procedure 1.302(5), Plaintiff requests additional time to effectuate service upon Defendant Carrie Walker of at least sixty days, in case alternate service, including via publication, is required.

WHEREFORE Pursuant to Iowa Rule of Civil Procedure 1.302(5), Plaintiff requests additional time to effectuate service upon Defendant Carrie Walker of at least sixty days.

E-FILED 2023 DEC 19 12:18 PM WARREN - CLERK OF DISTRICT COURT

Respectfully Submitted,

BRICK GENTRY, P.C.

By: _/s/ Allison M. Steuterman_

Allison M. Steuterman (AT0007558)
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Telephone: (515) 274-1450
Facsimile: (515) 274-l488
asteuterman@brickgentryaw.com
ATTORNEY FOR PLAINTIFF

---

**NOTICE OF ELECTRONIC FILING**

Notice of Electronic Filing is sent through the Electronic Document Management System to all registered filers for the within case. A review of the filers in this matter indicates that all necessary parties have been or will be served.

Dated: December 19, 2023

By: _/s/ Allison M. Steuterman_

E-FILED  2023 DEC 19 12:18 PM WARREN - CLERK OF DISTRICT COURT

## AFFIDAVIT OF SWORN INVESTIGATIVE EFFORTS

| Case: EQCV039949 | Court: IN THE IOWA DISTRICT COURT FOR WARREN COUNTY | County: | Job: 9681893 |
|---|---|---|---|
| **Plaintiff / Petitioner:** City of Indianola | | **Defendant / Respondent:** Carrie Walker et al | |
| **Received by:** Brenda Phongsavanh | | **For:** Brick Gentry, PC | |
| **To be served upon:** Carrie Walker | | | |

I, Brenda Phongsavanh, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Carrie Walker

**Manner of Service:**

**Documents:**   Original Notice and Petition

**Additional Comments:**
Between 10/3/23-11/21/23, four different addresses have been attempted at:
5316 Meadow Pl, West Des Moines, IA 50266-vacant house with lock box.
1001 Caroline Terrace , Indianola, Iowa 50125 -vacant house.
 308 N N ST , INDIANOLA, IA 50125 - Man answered and stated she lives in Des Moines. This house is owned by Michael and Tina Bush, listed as possible relatives on skip trace.
3004 SE 20TH ST , DES MOINES, IA 50320 -person who answered door stated that Carrie Walker no longer lives there
Google search does not show a possible confirmation of her whereabouts.

Please request permission to subpoena Michael Bush at 308 N N St, Indianola.

_____              11.23.23

Brenda Phongsavanh                    Date

PO BOX 278
CARLISLE, IA 50047-0278
515-971-0687

Subscribed and sworn to before me by the affiant who is personally known to me



_____
Notary Public

11.23.23

Date              Commission Expires


EDWARD CHARLES BLEIMEHL V
Commission Number 845082
My Commission Expires
11/10/26

**EXHIBIT A**

E-FILED          EQCV039949 - 2023 DEC 22 11:36 AM          WARREN
CLERK OF DISTRICT COURT          Page 1 of 2

## IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA<br><br>   Plaintiff<br><br><br>vs.<br><br><br>CARRIE JONES<br>UNITES STATES DEPARTMENT OF AGRICULTURE<br>ACC 709, LLC<br>WARREN COUNTY IOWA<br><br>   Defendant | 05911  EQCV039949<br><br>ORDER |

Before the Court is the Motion for Extension of Time for Service.  The Court finds that this Motion should be granted.


IT IS THEREFORE ORDERED that Motion for Extension of Time for Service is GRANTED.  The Plaintiff shall have up to and including **2/22/24** to obtain service on the Defendant(s).


If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

5RCV01

E-FILED          EQCV039949 - 2023 DEC 22 11:36 AM          WARREN
                 CLERK OF DISTRICT COURT                    Page 2 of 2



State of Iowa Courts

**Case Number**      **Case Title**
EQCV039949           CITY OF INDIANOLA V CARRIE WALKER
**Type:**            OTHER ORDER

So Ordered

_____

Thomas P. Murphy, District Court Judge
Fifth Judicial District of Iowa

Electronically signed on 2023-12-22 11:36:55

E-FILED  2024 FEB 07 1:27 PM WARREN - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR WARREN COUNTY

| | | |
|---|---|---|
| CITY OF INDIANOLA, IOWA, | ) | Case No.  EQCV039949 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR ALTERNATIVE** |
| | ) | **SERVICE ON DEFENDANT** |
| CARRIE WALKER, UNITED STATES | ) | **CARRIE WALKER** |
| DEPARTMENT OF AGRICULTURE, | ) | |
| WARREN COUNTY, IOWA, and | ) | |
| ACC 709, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the Plaintiff, by and through the undersigned counsel, and in support of its Motion, states to the court as follows:

1. On September 20, 2023, Plaintiff filed its Civil Infraction Citation against Defendant, Carrie Walker.

2. Plaintiff sent the documents to its process server for service on Defendant Walker. *See* Attachment A – Affidavit of Investigative Efforts.

3. Plaintiff through process server, attempted service on the Defendant but was unsuccessful.  *See* Attachment A – Affidavit of Investigative Efforts.

4. Plaintiff's process server attempted to serve the Defendant on four occasions and at four different addresses.  *See* Attachment A – Affidavit of Investigative Efforts.

5. On December 19, 2023, Plaintiff filed a Motion for Extension of Time to serve Defendant Walker.

6. Plaintiff served a subpoena on Michael Bush on January 11, 2024 in an attempt to obtain current contact information for Defendant Walker.  *See* Attachment B – Subpoena.

7. As a result of same, Defendant Carrie Walker emailed undersigned counsel but

E-FILED  2024 FEB 07 1:27 PM WARREN - CLERK OF DISTRICT COURT

did not provide a telephone number or address.  *See* Attachment C – Email Correspondence.

8.     Defendant Walker agreed to accept service and a copy of the Petition, Original Notice and an Acceptance of Service was emailed to Defendant Carrie Walker.  See Attachment C – Email Correspondence.

9.     Despite additional attempts to communicate with Defenant Walker about the Acceptance of Service, Defendant Walker has refused to respond.  *See* Attachment C – Email Correspondence.

10.    It is clear that Defendant is intentionally avoiding service.

11.    Based on the above, personal service cannot be had on Defendant Walker in the State of Iowa.

12.    No mailing address for Defendant Walker is known as the properties listed for Defendant Walker are either vacant or Defendant Walker is stated to no longer reside there. When counsel for Plaintiff requested an address, Defendant Walker stated she did not have an address or phone number. A diligent inquiry has been made to ascertain it. *See* Attachment A – Affidavit of Investigative Efforts; Attachment C – Email Correspondence; Attachment D – Affidavit of Allison M. Steuterman.

13.    As a result, Plaintiff respectfully requests that the Court allow Plaintiff to serve the Defendant by publication pursuant to Iowa Rules of Civil Procedure 1.310 through 1.314 and that Plaintiff be excused from mailing the Original Notice to the last known address of Defendant Walker, as same is unknown, pursuant to Iowa Rule of Civil Procedure 1.311.

14.    Personal Service by Publication is appropriate under Iowa Rule of Civil Procedure 1.310 and no party will be prejudiced by the granting of this Motion.

15.    Per the Court's Order on Plaintiff's Motion for Extension of Time to Serve

Defendant Walker, the deadline to serve Ms. Walker is February 22, 2024. As service via publication requires publication for three (3) consecutive weeks, Plaintiff requests to and until March 8, 2024 to effectuate service by publication pursuant to Iowa Rules of Civil Procedure 1.310 through 1.314.

WHEREFORE the Petitioner prays that the Court allow it to serve the Defendant by Publication, that the Court waive mailing of the Original Notice, that the Court extend the deadline to serve Defendant Walker to and until March 8, 2024, and for such further relief as this court deems just and equitable under the premises.

Respectfully submitted,

BRICK GENTRY P.C.

 /s/ Allison M. Steuterman
Allison M. Steuterman (AT0007558)
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266
Telephone: (515) 274-1450
Facsimile: (515) 274-1488
allison.steuterman@brickgentrylaw.com
ATTORNEY FOR PLAINTIFF

---

**NOTICE OF ELECTRONIC FILING**

Notice of Electronic Filing is sent through the Electronic Document Management System to all registered filers for the within case. A review of the filers in this matter indicates that all necessary parties have been or will be served. Any unregistered filer will be served with a paper copy and so noted in a Certificate of Service.

Dated: February 7, 2024

By:/s/ Lisa Anderson

---

E-FILED  2023 DEC 19 12:18 PM WARREN - CLERK OF DISTRICT COURT

## AFFIDAVIT OF SWORN INVESTIGATIVE EFFORTS

| Case:<br>EQCV039949 | Court:<br>IN THE IOWA DISTRICT COURT FOR WARREN COUNTY | County: | Job:<br>9681893 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>CIty of Indianola | | Defendant / Respondent:<br>Carrie Walker et al | |
| Received by:<br>Brenda Phongsavanh | | For:<br>Brick Gentry, PC | |
| To be served upon:<br>Carrie Walker | | | |

I, Brenda Phongsavanh, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Carrie Walker

**Manner of Service:**

**Documents:**                        Original Notice and Petition

**Additional Comments:**

Between 10/3/23-11/21/23, four different addresses have been attempted at:

5316 Meadow Pl, West Des Moines, IA 50266-vacant house with lock box.

1001 Caroline Terrace , Indianola, Iowa 50125 -vacant house.

308 N N ST , INDIANOLA, IA 50125 - Man answered and stated she lives in Des Moines. This house is owned by Michael and Tina Bush, listed as possible relatives on skip trace.

3004 SE 20TH ST , DES MOINES, IA 50320 -person who answered door stated that Carrie Walker no longer lives there

Google search does not show a possible confirmation of her whereabouts.

Please request permission to subpoena Michael Bush at 308 N N St, Indianola.



Subscribed and sworn to before me by the affiant who is personally known to me

_____          11.23.23
Brenda Phongsavanh                       Date

Notary Public

11.23.23
Date                    Commission Expires

PO BOX 278
CARLISLE, IA 50047-0278
515-971-0687



EDWARD CHARLES BLEIMEHL V
Commission Number 845082
My Commission Expires
11/10/26

EXHIBIT
A

## IN THE IOWA DISTRICT COURT FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARRIE WALKER,<br><br>    Defendant. | Case No. EQCV039949<br><br><br><br>**NOTICE OF SUBPOENA DUCES TECUM AND DEPOSITION TESTIMONY** |

To:    **MICHAEL AND TINA BUSH**
**308 North N. Street**
**Indianola, IA 50125**

YOU ARE COMMANDED to attend and testify via oral deposition before a certified shorthand reporter, and produce designated documents, electronically stored information, or tangible things in that person's possession, custody, or control, relating to:

Required Information:    **<u>Current physical address for Carrie Walker</u>**

Place:    Brick Gentry P.C.
c/o Allison M. Steuterman
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266
Phone: 515-274-1450
Facsimile: 515-274-1488
**Provide via email to:**
**<u>allison.steuterman@brickgentrylaw.com</u>**

Deposition Date:    January 19, 2024

**<u>*If the required information is received by mail, facsimile, or email (preferred) prior to January 19, 2024, the deposition will be cancelled, and you will not be required to appear.</u>**

The name, address, e-mail, and telephone number of the attorney representing the Plaintiff, who issues or requests this subpoena: **Allison M. Steuterman, Brick Gentry P.C., 6701 Westown Parkway, Suite 100, West Des Moines, IA 50266; phone: 515-274-1450; fax: 515-274-1488;** <u>allison.steuterman@brickgentrylaw.com</u>

Subpoena Date:    January 10, 2024



EXHIBIT
**B**

E-FILED  2024 FEB 07 1:27 PM WARREN - CLERK OF DISTRICT COURT

**PROOF OF SERVICE**

This subpoena for (name of individual and title, if any) _____

was received by me on (date) _____.

☐   I personally served the subpoena on the individual at (place) _____

_____ on (date) _____; or

☐   I left the subpoena at the individual's dwelling house or usual place of abode with _____

_____, a person residing therein who is at least 18 years old;  or

☐   I served the subpoena on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____; or

☐   I returned the subpoena unexecuted because _____; or

☐   Other (specify):


**WITNESS FEES**

☐   No witness fee requested or required under Iowa Code section 622.74.

☐   I have tendered to the witness fees for one day's attendance in the amount of $ _____ and the mileage

allowed by law in the amount of $ _____, for a total of $ _____.


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                    Server's signature

                                    _____
                                    Printed name and title

                                    _____
                                    Server's address

Additional information regarding attempted service, etc.:


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a genuine copy of the foregoing document was served upon the persons named
below and at the address indicated on the ____ day of _____, 20____ by the following method _____
_____

Name and address of party or attorney: _____

                                    _____
                                    Signature of server

**Iowa Rules of Civil Procedure 1.1701(4) and 1.1701(5)**

**1.1701(4)** *Protecting a person subject to a subpoena.*

*a. Avoiding undue burden or expense; sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction, which may include lost earnings and reasonable attorney's fees, on a party or attorney who fails to comply.

*b. Command to produce materials or permit inspection.*

(1) *Appearance not required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(2) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises, or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

1. At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

2. These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*c. Attendance.* Any party shall be permitted to attend at the same time and place and for the same purposes specified in the subpoena. No prior notice of intent to attend is required.

*d. Quashing or modifying a subpoena.*

(1) *When required.* On timely motion, the issuing court must quash or modify a subpoena that:

1. fails to allow a reasonable time to comply;

2. requires a person who is neither a party nor a party's officer to travel more than 50 miles from where that person resides, is employed, or regularly transacts business in person, except that a person may be ordered to attend trial anywhere within the state in which the person is served with a subpoena;

3. requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

4. subjects a person to undue burden.

(2) *When permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

1. disclosing a trade secret or other confidential research, development, or commercial information; or

2. disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

3. a person who is neither a party nor a party's officer to incur substantial expense to travel more than 50 miles to attend trial.

(3) *Specifying conditions as an alternative.* In the circumstances described in rule 1.1701(4)(*d*)(2), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

1. shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

2. ensures that the subpoenaed person will be reasonably compensated.

**1.1701(5)** *Duties in responding to a subpoena.*

*a. Producing documents or electronically stored information.* These procedures apply to producing documents or electronically stored information:

(1) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(2) *Form for producing electronically stored information not specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(3) *Electronically stored information produced in only one form.* The person responding need not produce the same electronically stored information in more than one form.

(4) *Inaccessible electronically stored information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of rule 1.504(1)(*b*). The court may specify conditions for the discovery.

*b. Claiming privilege or protection.*

(1) *Information withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

1. expressly make the claim; and

2. describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(2) *Information produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

E-FILED  2024 FEB 07 1:27 PM WARREN - CLERK OF DISTRICT COURT

| | |
|---|---|
| **From:** | Allison Steuterman |
| **To:** | Carrie Walker; Lisa Anderson |
| **Subject:** | Fwd: Carrie Walker |
| **Date:** | Monday, January 29, 2024 4:46:11 PM |
| **Attachments:** | 24.01.19 Acceptance of Service Via Email by Carrie Walker.pdf |
| | image001.png |
| | 23.09.20 Original Notice.pdf |
| | 23.09.20 Petition in Equity.pdf |

Ms. Walker, see attached and below. I need the signed acceptance returned to me as soon as possible and no later than Friday of this week or we will move forward with alternate service.

Allison Steuterman

Shareholder

Brick Gentry Law, PC

6701 Westown Parkway, Suite 100

West Des Moines, IA 50266

515-274-1450

www.brickgentrylaw.com

Confidentiality Notice: The information contained within this transmission (including all attached files) contains confidential information belonging to the sender, which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on or regarding the contents of this information is strictly prohibited. If you have received this correspondence in error, immediately notify the sender to secure its prompt return.

Circular 230 Disclaimer: To ensure compliance with Treasury Regulations governing written tax advice, please be advised that any tax advice included in this communication, including any attachments, is not intended, and cannot be used, for the purpose of (i) avoiding any federal tax penalty or (ii) promoting, marketing, or recommending any transaction or matter to another person.

**From:** Lisa Anderson <Lisa.Anderson@brickgentrylaw.com>
**Sent:** Friday, January 19, 2024 10:35:28 AM
**To:** walker2747@hotmail.com <walker2747@hotmail.com>
**Cc:** Allison Steuterman <Allison.Steuterman@brickgentrylaw.com>
**Subject:** FW: Carrie Walker

Ms. Walker,

Good morning.  I am Allison Steuterman's paralegal.  Attached please find an Acceptance of Service, Original Notice, and Petition at Equity as Allison has referenced in her email to you.



Please sign, date, and return the Acceptance of Service to me as soon as possible.  You can return by email, fax, or regular mail.  Please see my signature block for fax number and address.  I look forward to hearing from you.

Thank you,

*Lisa Anderson*
*Paralegal to Douglas A. Fulton and Allison M. Steuterman*



*6701 Westown Parkway, Ste 100*
*West Des Moines, IA  50266*
*Office: 515-274-1450*
*Fax:   515-274-1488*

*Lisa.Anderson@brickgentrylaw.com*
*www.brickgentrylaw.com*

*Confidentiality Notice: The information contained within this transmission (including all attached files) contains confidential information belonging to the sender, which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on or regarding the contents of this information is strictly prohibited. If you have received this correspondence in error, immediately notify the sender to secure its prompt return.*

*Circular 230 Disclaimer:  To ensure compliance with Treasury Regulations governing written tax advice, please be advised that any tax advice included in this communication, including any attachments, is not intended, and cannot be used, for the purpose of (i) avoiding any federal tax penalty or (ii) promoting, marketing, or recommending any transaction or matter to another person.*

---

**From:** Carrie Walker <walker2747@hotmail.com>
**Sent:** Thursday, January 18, 2024 5:28:34 PM
**To:** Allison Steuterman <Allison.Steuterman@brickgentrylaw.com>
**Subject:** Re: Carrie Walker

Email is fine.
Carrie

> On Jan 15, 2024, at 11:32 AM, Allison Steuterman <Allison.Steuterman@brickgentrylaw.com> wrote:
>
> Ms. Walker
>
> The City of Indianola has filed a Civil Petition in which you are one of the Defendants.  We have been attempting to obtain personal service of the Original Notice and Petition on you.  Would you be willing to accept service of the Petition?  I can send it to you via email with an

acceptance of service for you to sign and return.  Otherwise, would you please provide an address at which we can obtain service for your?

>

> Allison Steuterman

> Shareholder

>

> Brick Gentry Law, PC

> 6701 Westown Parkway, Suite 100

> West Des Moines, IA 50266

> 515-274-1450

> www.brickgentrylaw.com

>

> Confidentiality Notice: The information contained within this transmission (including all attached files) contains confidential information belonging to the sender, which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on or regarding the contents of this information is strictly prohibited. If you have received this correspondence in error, immediately notify the sender to secure its prompt return.

>

> Circular 230 Disclaimer:  To ensure compliance with Treasury Regulations governing written tax advice, please be advised that any tax advice included in this communication, including any attachments, is not intended, and cannot be used, for the purpose of (i) avoiding any federal tax penalty or (ii) promoting, marketing, or recommending any transaction or matter to another person.

>

>

> -----Original Message-----

> From: Carrie Walker <walker2747@hotmail.com>

> Sent: Sunday, January 14, 2024 5:50 PM

> To: Allison Steuterman <Allison.Steuterman@brickgentrylaw.com>

> Subject: Carrie Walker

>

>

> I received a message that you were trying to contact me.  Mike Bush is not someone I am in regular contact with.  He was married to my sister who died over a year ago.

>

> I do not have a permanent address or phone number.  The best way to reach me is via this email address.

>

> Carrie Walker

>

### IN THE IOWA DISTRICT COURT FOR WARREN COUNTY

|  |  |  |
|---|---|---|
| CITY OF INDIANOLA, IOWA, | ) | Case No.  EQCV039949 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT IN SUPPORT OF** |
| | ) | **MOTION FOR ALTERNATIVE** |
| CARRIE WALKER, UNITED STATES | ) | **SERVICE ON DEFENDANT** |
| DEPARTMENT OF AGRICULTURE, | ) | **CARRIE WALKER** |
| WARREN COUNTY, IOWA, and | ) | |
| ACC 709, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

STATE OF IOWA        )
                             )   ss:
COUNTY OF DALLAS   )

I, Allison M. Steuterman, being first duly sworn, do hereby depose and state as follows:

1.      I am an attorney licensed to practice law in the State of Iowa.

2.      I represent the Plaintiff in this matter.

3.      On September 20, 2023, Plaintiff filed its Civil Infraction Citation against Defendant, Carrie Walker.

4.      Plaintiff sent the documents to its process server for service on Defendant Walker.

5.      Plaintiff through process server, attempted service on the Defendant but was unsuccessful.

6.      On December 19, 2023, Plaintiff filed a Motion for Extension of Time to serve Defendant Walker.

7.      Plaintiff served a subpoena on Michael Bush on January 11, 2024 in an attempt to obtain current contact information for Defendant Walker.  Attachment B to the Motion is a true and accurate copy of the subpoena.



1

E-FILED  2024 FEB 07 1:27 PM WARREN - CLERK OF DISTRICT COURT

8.      As a result of same, Defendant Carrie Walker emailed undersigned counsel but did not provide a telephone number or address.   Attachment C is a true and accurate copy of the email correspondence between the undersigned, paralegal Lisa Anderson for the undersigned, and a person identifying herself as Defendant Walker.

9.      Defendant Walker agreed to accept service and a copy of the Petition, Original Notice, and an Acceptance of Service was emailed to Defendant Carrie Walker.

10.     Despite additional attempts to communicate with Defendant Walker about the Acceptance of Service, Defendant Walker has refused to respond.

11.     No mailing address for Defendant Walker is known as the properties listed for Defendant Walker are either vacant or Defendant Walker is stated to no longer reside there.  When counsel for Plaintiff requested an address, Defendant Walker stated she did not have an address or phone number. A diligent inquiry has been made to ascertain it. *See* Attachment A – Affidavit of Investigative Efforts; Attachment C – Email Correspondence.

I certify under penalty of perjury and pursuant to the laws of the State of Iowa, per Iowa Code 622.1, that the preceding is true and correct.

_____
Allison M. Steuterman (AT0007558)
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266
Telephone: (515) 274-1450
Facsimile: (515) 274-1488
allison.steuterman@brickgentrylaw.com
ATTORNEY FOR PLAINTIFF

E-FILED      EQCV039949 - 2024 FEB 07 03:53 PM      WARREN
CLERK OF DISTRICT COURT      Page 1 of 2

## IN THE IOWA DISTRICT COURT FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA, IOWA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARRIE WALKER, UNITED STATES DEPARTMENT OF AGRICULTURE, WARREN COUNTY, IOWA, and ACC 709, LLC,<br><br>    Defendants. | Case No. EQCV039949<br><br><br>**ORDER FOR ALTERNATIVE SERVICE ON DEFENDANT CARRIE WALKER** |

NOW on this day, this matter comes before the Court on Plaintiff's Motion for Alternative Service, and the Court being fully advised of the premises finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff may effectuate service on the Defendant Carrie Walker by publication pursuant to Iowa Rules of Civil Procedure 1.310 through 1.314.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff need not mail the Original Notice to the last known mailing address for Defendant Carrie Walker pursuant to Iowa Rule of Civil Procedure 1.311 as no such address is known.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's time to serve Defendant Carrie Walker is extended to and until **March 8, 2024.**

SO ORDERED.

E-FILED          EQCV039949 - 2024 FEB 07 03:53 PM          WARREN
                 CLERK OF DISTRICT COURT                    Page 2 of 2



State of Iowa Courts

**Case Number**          **Case Title**
EQCV039949               CITY OF INDIANOLA V CARRIE WALKER
**Type:**                OTHER ORDER

So Ordered

Michael Jacobsen, District Court Judge
Fifth Judicial District of Iowa

Electronically signed on 2024-02-07 15:53:10

E-FILED  2024 MAY 31 12:50 PM WARREN - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA, IOWA,<br><br>      Plaintiff,<br><br>v.<br><br>CARRIE WALKER, UNITED STATES DEPARTMENT OF AGRICULTURE, WARREN COUNTY, IOWA, and ACC 709, LLC,<br><br>      Defendants. | Case No. EQCV039949<br><br><br><br><br>**APPLICATION TO AWARD TITLE TO ABANDONED PROPERTY**<br>**(Iowa Code § 657A.10B)** |

COMES NOW the Plaintiff, City of Indianola, Iowa, by and through its undersigned counsel, and for its Application to Award Title to Abandoned Property, states to the Court as follows:

1.      On September 20, 2023, Plaintiff filed an Original Notice and Petition in Equity pursuant to Iowa Code section 657A.10B for the property locally known as 1001 Caroline Terrace, Indianola, Iowa, and legally described as:

> Lot 33 in Green Hills of Indianola, an Official Replat, now included in and forming a part of the City of Indianola, Warren County, Iowa, and certain buildings and/or structures located thereon.

(hereinafter referred to as the "Property").

2.      Respondent, United States Department of Agriculture (hereinafter "USDA"), as Lender, may claim an interest in the Property by virtue of a mortgage recorded on September 23, 2004 in Book 2004, Page 610749 in the Office of the Warren County Recorder.  USDA was served the Original Notice and Petition on October 18, 2023.

1

E-FILED  2024 MAY 31 12:50 PM WARREN - CLERK OF DISTRICT COURT

3.      Respondent, Warren County, Iowa (hereinafter "Warren County"), may claim right, title, or interest in the Property by virtue of unpaid property taxes and special assessments.  Warren County was served the Original Notice and Petition on October 4, 2023.

4.      Respondent, ACC 709, LLC (hereinafter "ACC 709"), may claim right, title, or interest in the Property by virtue of tax sale certificate 23-0135.  ACC 709 was served the Original Notice and Petition on October 4, 2023.

5.      Respondent, Carrie Walker (hereinafter "Ms. Walker"), is an Owner or Interested Person to the Property.  Ms. Walker was served with the Original Notice and Petition by alternate service via publication pursuant to the Court's February 7, 2024 Order granting Plaintiff's Motion for Alternate Service.  Plaintiff published the original notice and petition via publication by publishing same in Record-Herald and Indianola Tribune for three (3) consecutive weeks, from February 20, 2024 through March 5, 2024.  Attached hereto as Exhibit 1 is a true and accurate copy of the Proof of Publication.

6.      Twenty days from the last date of publication has passed with no response or answer from Ms. Walker.

7.      Pursuant to the Verified Statement attached as Exhibit 2, the City has deemed this Property abandoned and has declared this Property as dangerous or unsafe and failing to meet the city's building and housing codes as being fit for human habitation, occupancy, or use.

8.      There are no other known mortgagees of record, lienholders of record, or other known persons who hold an interest in the Property.

9.      Iowa Code section 657A.10B(5) provides that:

In lieu of the considerations in subsection 4 [relating to determining whether a property is abandoned], if the city or county can establish to the court's satisfaction that all parties with an interest in the property have received proper notice and either consented to the entry of an order awarding title to the property to the city or county

E-FILED  2024 MAY 31 12:50 PM WARREN - CLERK OF DISTRICT COURT

or did not make a good-faith effort to comply with the order of the local housing or building code official within sixty days after the filing of the petition, the court shall enter judgment against the respondents granting the city or county title to the property.

10.    The Property does not meet the city's building and housing codes as being fit for human habitation, occupancy, or use for a period of more than six (6) consecutive months.

11.    The Property is still abandoned and in a dangerous or unsafe condition for a period of more than six (6) consecutive months.

12.    The utility services (water, gas, electricity, garbage collection) remain discontinued and have not been active at the Property since January 2020.

13.    Property taxes and special assessments on the Property are delinquent.

14.    The Property has been unoccupied for a number of years.

15.    The City has expended significant funds and efforts in attempting to maintain the Property and has abated dozens of violations at the City's expense for such things as cutting overgrown vegetation.

16.    The buildings on the Property are blighted, unsanitary, and in such a condition that it is likely to cause sickness or disease because of inadequate maintenance, dilapidation, decay, damage, faulty construction or arrangement, inadequate light, air, and/or sanitary facilities.  True and accurate photographs showing the condition of the Property are attached hereto as Exhibit 3.

17.    The buildings on the Property are injurious to health and welfare, indecent, unreasonable offensive to the senses, or an obstruction to the free use of property so as essentially to interfere unreasonably with the comfortable enjoyment of life or property by others.  *See id.*

18.    The Property is presently in violation of Chapters 50 and 151 of the Code of Ordinances of the City of Indianola, Iowa.

E-FILED  2024 MAY 31 12:50 PM WARREN - CLERK OF DISTRICT COURT

19.     The Property constitutes a public nuisance, and Respondents have been afforded a reasonable opportunity to correct the dangerous or unsafe conditions to no avail.

20.     The Property is a public nuisance and abandoned and unsafe within the meaning of Iowa Code Chapter 657A, Iowa Code section 364.12, and Chapters 50 and 151 of the Code of Ordinances of the City of Indianola, Iowa.

WHEREFORE Plaintiff, City of Indianola, Iowa, respectfully requests the Court award title to the Property described herein to the City free and clear of any and all claims, mortgages, liens, judgments, and encumbrances held by Respondents or any other interested parties; terminate any and all rights by said Respondents and any other unknown interested parties who hold or may hold an interest in the Property; and grant such other relief deemed just and equitable under the circumstances.

Respectfully submitted,

BRICK GENTRY P.C.

_/s/ Allison M. Steuterman_
Allison M. Steuterman (AT0007558)
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266
Telephone: (515) 274-1450
Facsimile: (515) 274-1488
allison.steuterman@brickgentrylaw.com
ATTORNEY FOR PLAINTIFF

---

**NOTICE OF ELECTRONIC FILING**
Notice of Electronic Filing is sent through the Electronic Document Management System to all registered filers for the within case. A review of the filers in this matter indicates that all unregistered filer will be served with a paper copy and so noted in a Certificate of Service.

Dated: May 31, 2024

By:_/s/ Lisa Anderson_

---

E-FILED  2024 MAY 31 12:50 PM WARREN - CLERK OF DISTRICT COURT

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was mailed and/or emailed to the parties listed below:

Carrie Walker
1001 Caroline Terrace
Indianola, IA 50125
walker2747@hotmail.com

United States Department of Agriculture
1400 Independence Avenue SW, Room 107W
Whitten Building
Washington, DC 20250

Warren County Iowa
c/o Warren County Treasurer
301 N. Buxton Street, Suite 102
Indianola, IA 50125

ACC 709, LLC
c/o Todd Queck, Registered Agent
3161 SE 22nd Street
Des Moines, IA 50320

Dated: May 31, 2024

By:/s/ Lisa Anderson

**PROOF OF PUBLICATION / Record-Herald and Indianola Tribune**

**State of Iowa**

**Warren County**

I, **Amy Duncan,** publisher of the Record-Herald and Indianola Tribune, in said county, do hereby state that I certify under penalty of perjury and pursuant to the laws of the State of Iowa that a notice, which a true copy, has been printed and published each week for *3* consecutive weeks in the regular issues of said paper, commencing with the issue of *February 20*, 20*24* and ending with the issue of *March 5*, 20*24*.

IN THE IOWA DISTRICT COURT IN AND FOR WARREN COUNTY CITY OF INDIANOLA, IOWA,

Case No. EQCV039949
Petitioner,
**ORIGINAL NOTICE**
v.
CARRIE WALKER, UNITED STATES DEPARTMENT OF AGRICULTURE, WARREN COUNTY, IOWA, AND ACC 709, LLC,
Respondents.

TO THE ABOVE-NAMED RESPONDENTS:

You are notified that a Petition has been filed in the office of the Clerk of this Court, naming you as the Respondents in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The attorney for the Petitioner is Allison M. Steuterman, whose address is 6701 Westown Pkwy, Suite 100, West Des Moines, IA 50266 and phone number is 515-274-1450; facsimile number 515-274-1488.

You are further notified that the above case has been filed in a county that utilizes electronic filing. You must serve a motion or answer within 20 days after the service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer electronically with the Iowa Court System. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition. See page 2 regarding Iowa Court Rules Chapter 16 for general rules and information on electronic filing, and Chapter 16 Division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

CLERK OF COURT
Warren County Courthouse
Indianola, Iowa 50125
IMPORTANT
YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

Iowa Judicial Branch
Case No. County: EQCV039949
Warren
Case Title
CITY OF INDIANOLA V CARRIE WALKER

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (see Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

If you need assistance to participate in court due to a disability, call the disability access coordinator at (515) 286-3394 . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. Disability access coordinators cannot provide legal advice.

Date Issued 09/21/2023 02:32:56 PM

District Clerk of Court or/by Clerk's Designee of Warren
/s/ Kelly Junkmann

Amy Duncan, owner, publisher

$ *153.84*

Acknowledgement and charges for above services

Subscribed and sworn to before me this *7th* day of *March*, 202*4*

Notary public for the state of Iowa

TERRY L PAULING
Commission Number 733748
My Commission Expires
March 31, 20*26*

EXHIBIT
1

E-FILED  2024 MAY 31 12:50 PM WARREN - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA, IOWA, | Case No. EQCV039949 |
| Plaintiff, | |
| v. | |
| CARRIE WALKER, UNITED STATES DEPARTMENT OF AGRICULTURE, WARREN COUNTY, IOWA, and ACC 709, LLC, | **VERIFIED STATEMENT OF PLAINTIFF** |
| Defendants. | |

STATE OF IOWA      )
                 ) ss:
COUNTY OF WARREN   )

    1.    Pursuant to Iowa Code section 657A.10B(7), I, **Charlie Dissell,** being first duly sworn under oath, depose, and state that I am the Deputy City Manager for Plaintiff, the City of Indianola, Iowa, and in support of the Application to Award Title to Abandoned Property for the property locally known as 1001 Caroline Terrace, Indianola, Iowa (hereinafter "Property"), and legally described as:

> Lot 33 in Green Hills of Indianola, an Official Replat, now included in and forming a part of the City of Indianola, Warren County, Iowa, and certain buildings and/or structures located thereon.

    The allegations set forth in the Application for Title are true and accurate I verily believe. This Property contains abandoned buildings that are in a dangerous or unsafe condition and the Property does not meet the City of Indianola's building and housing codes as being fit for human habitation, occupancy, or use. The Property is in violation of Chapters 50 and 151 of the Indianola Code of Ordinances. I have taken and provided photographs to counsel for Plaintiff depicting the current state of Property in support of

1

EXHIBIT
**2**

E-FILED  2024 MAY 31 12:50 PM WARREN - CLERK OF DISTRICT COURT

this Verified Statement. I certify under penalty of perjury and pursuant to the laws of the

State of Iowa that the preceding is true and correct as I verily believe.

Dated this **29** day of May 2024.

Charlie Dissell
Deputy City Manager
City of Indianola, Iowa


On this **29** day of May 2024, before me, a Notary Public in and for the State of

Iowa, personally appeared Charlie Dissell to me known to be the identical person named

herein and who executed the foregoing instrument and acknowledged that he executed the

same as his voluntary act and deed.


**JACQUELINE RAFFETY**
Commission Number 816510
My Commission Expires
1-18-2025

Notary Public in and for the State of Iowa

2



EXHIBIT
3



















E-FILED          EQCV039949 - 2024 MAY 31 02:05 PM          WARREN
                      CLERK OF DISTRICT COURT                    Page 1 of 4

IN THE IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA, IOWA, | Case No. EQCV039949 |
|      Plaintiff, | |
| v. | |
| CARRIE WALKER, UNITED STATES DEPARTMENT OF AGRICULTURE, WARREN COUNTY, IOWA, and ACC 709, LLC, | **ORDER AWARDING TITLE TO ABANDONED PROPERTY** (Iowa Code § 657A.10B) |
|      Defendants. | |

NOW, on this date, the matter comes before the Court on the Application to Award Title to Abandoned Property filed by the Petitioner, City of Indianola, Iowa, under Iowa Code section 657A.10B.  Having reviewed the file and being fully advised in the premises, the Court FINDS:

1.      Petitioner is a city duly established and authorized pursuant to Iowa law, and located in Warren County, Iowa.

2.      Respondent, United States Department of Agriculture (hereinafter "USDA"), as Lender, has an interest in the Property by virtue of a mortgage recorded on September 23, 2004, in Book 2004, Page 610749 in the Office of the Warren County Recorder.

3.      Respondent, Warren County, Iowa (hereinafter "Warren County"), has a claim right, title, or interest in the Property by virtue of unpaid property taxes and special assessments.

4.      Respondent, ACC 709, LLC (hereinafter "ACC 709"), has a claim right, title, or interest in the Property by virtue of tax sale certificate 23-0135.

5.      Respondent, Carrie Walker (hereinafter "Ms. Walker"), is an Owner or Interested Person to the Property.

E-FILED          EQCV039949 - 2024 MAY 31 02:05 PM          WARREN
                          CLERK OF DISTRICT COURT                    Page 2 of 4

6.      Pursuant to Iowa Code section 657A.10B(2)(b), all Respondents have been properly served by civil process server or by publication in a newspaper of general circulation in the City of Indianola.

7.      Respondents have not appeared, moved, or otherwise answered.

8.      Respondents' failure to appear, move, or otherwise answer constitutes a default. See Iowa R. Civ. P. 1.971(1); see also Iowa R. Civ. P. 1.303(1).

9.      The Property has been cited for failure to comply with orders of the local housing or building code official.

10.     Within sixty (60) days of the filing of the Petition herein, Respondents did not make a good faith effort to comply with the order of the local housing or building code official.

11.     The Property does not meet the city's building and housing codes as being fit for human habitation, occupancy, or use for a period of more than six (6) consecutive months.

12.     The Property is still abandoned and in a dangerous or unsafe condition for a period of more than six (6) consecutive months.

13.     The utility services (water, gas, electricity, garbage collection) remain discontinued and have not been active at the Property since January 2020.

14.     Property taxes and special assessments on the Property are delinquent.

15.     The Property has been unoccupied for a number of years.

16.     The City has expended significant funds and efforts in attempting to maintain the Property and has abated dozens of violations at the City's expense for such things as cutting overgrown vegetation.

17.     The buildings on the Property are blighted, unsanitary, and in such a condition that it is likely to cause sickness or disease because of inadequate maintenance, dilapidation, decay, damage, faulty construction or arrangement, inadequate light, air, and/or sanitary facilities.

E-FILED          EQCV039949 - 2024 MAY 31 02:05 PM          WARREN
CLERK OF DISTRICT COURT          Page 3 of 4

18.     The buildings on the Property are injurious to health and welfare, indecent, unreasonable offensive to the senses, or an obstruction to the free use of property so as essentially to interfere unreasonably with the comfortable enjoyment of life or property by others. *See id.*

19.     The Property is presently in violation of Chapters 50 and 151 of the Code of Ordinances of the City of Indianola, Iowa.

20.     The Property constitutes a public nuisance, and Respondents have been afforded a reasonable opportunity to correct the dangerous or unsafe conditions to no avail.

21.     The Property is a public nuisance and abandoned and unsafe within the meaning of Iowa Code Chapter 657A, Iowa Code section 364.12, and Chapters 50 and 151 of the Code of Ordinances of the City of Indianola, Iowa.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that title to the property locally known as 1001 Caroline Terrace, Indianola, Iowa, and legally described as:

> Lot 33 in Green Hills of Indianola, an Official Replat, now included in and forming a part of the City of Indianola, Warren County, Iowa, and certain buildings and/or structures located thereon.

is awarded to the City of Indianola, Iowa, free and clear of any claims, liens, or encumbrances held by the Respondents.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all appropriate public officials are hereby authorized and directed to issue, for the purposes of recording, a Certificate of Change of Title of property locally known as 1001 Caroline Terrace, Indianola, Iowa, and legally described as:

> Lot 33 in Green Hills of Indianola, an Official Replat, now included in and forming a part of the City of Indianola, Warren County, Iowa, and certain buildings and/or structures located thereon.

to the City of Indianola, Iowa, an Iowa municipal corporation, as grantee.

SO ORDERED.

E-FILED          EQCV039949 - 2024 MAY 31 02:05 PM          WARREN
                 CLERK OF DISTRICT COURT                   Page 4 of 4



State of Iowa Courts

| **Case Number** | **Case Title** |
| --- | --- |
| EQCV039949 | CITY OF INDIANOLA V CARRIE WALKER |
| **Type:** | ORDER FOR JUDGMENT |

So Ordered

Terry Rickers, District Court Judge,
Fifth Judicial District of Iowa

Electronically signed on 2024-05-31 14:05:53

E-FILED  2024 JUN 10 3:52 PM WARREN - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA, IOWA, | Case No. EQCV039949 |
| Plaintiff, | |
| v. | |
| CARRIE WALKER, UNITED STATES DEPARTMENT OF AGRICULTURE, WARREN COUNTY, IOWA, and ACC 709, LLC, | **AFFIDAVIT OF SERVICE BY CERTIFIED MAIL** |
| Defendants. | |

STATE OF IOWA       )
                            ) ss:
COUNTY OF DALLAS   )

I, Lisa Anderson, being first duly sworn on oath, do depose and state as follows:

1.      I am of legal age and have personal knowledge of all facts and matters contained in this Affidavit.

2.      I am a paralegal at Brick Gentry, P.C.

**<u>Service upon Carrie Walker</u>**

3.      On May 31, 2024, the undersigned personally sent by certified mail to Defendant, Carrie Walker, a copy of the Application to Award Title to Abandoned Property with Exhibits 1-3 (Iowa Code § 657A.10B) (hereinafter "Application to Award Title"), such documents being mailed in a sealed envelope with proper postage thereon, addressed to the above-named Defendant at her last known Post Office address, by depositing the same on said date in a United States Post Office mail receptacle in West Des Moines, Dallas County, Iowa.  A true and accurate copy of this mailing is attached hereto as Exhibit 1.

4.      On June 3, 2024, the U.S. Post Office issued the alert "Forward Expired" for this attempted delivery.  A true and accurate copy of this tracking alert is attached hereto as Exhibit 2. Service via certified mail is unable to be completed for this Defendant.

5.      On June 10, 2024, the undersigned emailed Defendant Carrie Walker a pdf copy of the Application to Award Title and Order Awarding Title to Abandoned Property (Iowa Code § 657A.10B) to the email address: walker2747@hotmail.com.

### Service upon United States Department of Agriculture

6.      On May 31, 2024, the undersigned personally sent by certified mail to Defendant, United States Department of Agriculture, a copy of Application to Award Title, such documents being mailed in a sealed envelope with proper postage thereon, addressed to the above-named Defendant at its last known Post Office address, by depositing the same on said date in a United States Post Office mail receptacle in West Des Moines, Dallas County, Iowa.  A true and accurate copy of this mailing is attached hereto as Exhibit 3.

7.      On June 7, 2024, Defendant United States Department of Agriculture received the certified mailing.  A true and accurate copy of the USPS Tracking is attached hereto as Exhibit 4.

### Service upon Warren County, Iowa

8.      On May 31, 2024, the undersigned personally sent by certified mail to Defendant, Warren County, Iowa, a copy of Application to Award Title, such documents being mailed in a sealed envelope with proper postage thereon, addressed to the above-named Defendant at its last known Post Office address, by depositing the same on said date in a United States Post Office mail receptacle in West Des Moines, Dallas County, Iowa.  A true and accurate copy of this mailing is attached hereto as Exhibit 5.

9.      On June 3, 2024, Defendant Warren County, Iowa received the certified mailing.  A true and accurate copy of the USPS Tracking is attached hereto as Exhibit 6.

### Service upon ACC 709, LLC

10.      On May 31, 2024, the undersigned personally sent by certified mail to Defendant, ACC 709, LLC, a copy of Application to Award Title, such documents being mailed in a sealed envelope with proper postage thereon, addressed to the above-named Defendant at its last known Post Office address, by depositing the same on said date in a United States Post Office mail receptacle in West Des Moines, Dallas County, Iowa.  A true and accurate copy of this mailing is attached hereto as Exhibit 7.

11.      On June 3, 2024, Defendant ACC 709, LLC received the certified mailing.  A true and accurate copy of the USPS Tracking is attached hereto as Exhibit 8.

Further Affiant sayeth naught.

Dated:  June 10, 2024.

Lisa Anderson

Subscribed and sworn to before me by the said Lisa Anderson on this 10th day of June 2024.

Notary Public in and for the State of Iowa

MEGAN VIAU
Commission Number 816565
My Commission Expires
April 22, 2025

US POSTAGE MP·PITNEY BOWES

$ 010.16⁰

ZIP 50266
02 7H
0006100374

MAY 31 2024

FIRST-CLASS

CERTIFIED MAIL

9589 0710 5270 0504 4465 23



BRICK GENTRY P.C.

6701 Westown Parkway, Ste 100
West Des Moines, IA 50266

TO:

Carrie Walker
1001 Caroline Terrace
Indianola, IA 50125

EXHIBIT
1

E-FILED  2024 JUN 10 3:52 PM WARREN - CLERK OF DISTRICT COURT

# USPS Tracking®

FAQs ›

Tracking Number:

**Remove ✕**

## 9589071052700504446523

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was returned to the sender at 3:23 pm on June 3, 2024 in INDIANOLA, IA 50125 because the forwarding order for this address is no longer valid.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

**Alert**
**Forward Expired**
INDIANOLA, IA 50125
June 3, 2024, 3:23 pm

**Forward Expired**
INDIANOLA, IA 50125
June 3, 2024, 11:30 am

**Departed USPS Regional Facility**
DES MOINES IA DISTRIBUTION CENTER
June 1, 2024, 9:39 am

**Arrived at USPS Regional Facility**
DES MOINES IA DISTRIBUTION CENTER
May 31, 2024, 10:11 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

Feedback

EXHIBIT
2





US POSTAGE FROM PITNEY BOWES

$ 010.16⁰

ZIP 50266
02 7H
0006100374   MAY 31 2024

FIRST-CLASS

CERTIFIED MAIL®

9589 0710 5270 0504 4464 93



BRICK GENTRY P.C.

6701 Westown Parkway, Ste 100
West Des Moines, IA 50266

TO:      U.S. Department of Agriculture
1400 Independence Ave SW
Room 107W, Whitten Building
Washington, DC 20250

EXHIBIT
3

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 9589071052700504446493

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:52 am on June 7, 2024 in WASHINGTON, DC 20250.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20250
June 7, 2024, 7:52 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Feedback

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**EXHIBIT 4**

US POSTAGE $^{AND}$ PITNEY BOWES

$ 010.16$^{0}$

ZIP 50266
02 7H
0006100374

MAY 31 2024

FIRST-CLASS



CERTIFIED MAIL

9589 0710 5270 0504 4465 09



BRICK GENTRY P.C.

6701 Westown Parkway, Ste 100
West Des Moines, IA 50266

TO:

Warren County Iowa
c/o Warren County Treasurer
301 N. Buxton Street, Suite 102
Indianola, IA 50125

EXHIBIT
5

# USPS Tracking®

FAQs ›

**Tracking Number:**

**Remove ✕**

## 9589071052700504446509

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:11 am on June 3, 2024 in INDIANOLA, IA 50125.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
INDIANOLA, IA 50125
June 3, 2024, 10:11 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



EXHIBIT
6

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warren County Iowa
c/o Warren County Treasurer
301 N. Buxton Street, Suite 102
Indianola, IA 50125

9590 9402 8170 3030 8114 02

2. Article Number *(Transfer from service label)*

9589 0710 5270 0504 4465 09

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _f clark_          ☐ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
_f. clark_                          6|3|24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery ()

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



US POSTAGE $010.16⁰ PITNEY BOWES
ZIP 50266
02 7H
0006100374
MAY 31 2024

FIRST-CLASS

CERTIFIED MAIL

9589 0710 5270 0504 4465 16



**BRICK GENTRY** P.C.
6701 Westown Parkway, Ste 100
West Des Moines, IA 50266

TO:

ACC 709, LLC
c/o Todd Queck, Registered Agent
3161 SE 22nd Street
Des Moines, IA 50320

EXHIBIT
7

E-FILED  2024 JUN 10 3:52 PM WARREN - CLERK OF DISTRICT COURT

# USPS Tracking®

FAQs ›

**Tracking Number:**

**Remove** ✕

## 9589071052700504446516

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 9:50 am on June 3, 2024 in DES MOINES, IA 50320.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
DES MOINES, IA 50320
June 3, 2024, 9:50 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

Feedback

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent ☐ Addressee <br> B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to: <br><br> ACC 709, LLC <br> c/o Todd Queck, Registered Agent <br> 3161 SE 22nd Street <br> Des Moines, IA 50320 | D. Is delivery address different from Item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 8170 3030 8113 96

| 3. Service Type |  |
|---|---|
| ☐ Adult Signature <br> ☐ Adult Signature Restricted Delivery <br> ☐ Certified Mail® <br> ☐ Certified Mail Restricted Delivery <br> ☐ Collect on Delivery <br> ☐ Collect on Delivery Restricted Delivery <br> ☐ Insured Mail <br> ☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express® <br> ☐ Registered Mail™ <br> ☐ Registered Mail Restricted Delivery <br> ☐ Signature Confirmation™ <br> ☐ Signature Confirmation Restricted Delivery |

2. Article Number *(Transfer from service label)*

9589 0710 5270 0504 4465 16

PS Form **3811**, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

E-FILED  2024 JUN 13 12:05 PM WARREN - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT
IN AND FOR WARREN COUNTY

| | | |
|---|---|---|
| CITY OF INDIANOLA, IOWA, | ) | |
| | ) | Equity No. EQCV039949 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | APPEARANCE |
| | ) | |
| CARRIE WALKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Jason R. Lawrence, Assistant United States Attorney, and hereby enters his Appearance on behalf of the United States of America in the above-captioned action.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/Jason R. Lawrence*
        Jason R. Lawrence AT0013301
        Assistant United States Attorney
        210 Walnut Street, Suite 455
        Des Moines, Iowa 50309
        Telephone: (515) 473-9309
        Facsimile: (515) 473-9282
        Email: usaias.nefiadc@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2024, I electronically filed the foregoing with the Iowa District Court, Warren County Clerk of Court using the Electronic Document Management System, and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Allison Steuterman
Dawn Bowman

*/s/Jason R. Lawrence*
Jason R. Lawrence
Assistant U.S. Attorney

| | |
|---|---|
| **From:** | Robinson, Bonnie (USAIAS) |
| **To:** | michael.heilman@brickgentrylaw.com |
| **Cc:** | Irwin, Suellen (USAIAS) 2; Lawrence, Jason (USAIAS) |
| **Subject:** | City of Indianola, Iowa v. Carrie Walker, et al., - Warren County No. EQCV039949 |
| **Date:** | Tuesday, November 14, 2023 9:34:00 AM |

Good morning Mr. Heilman,

       Your office served the United States Department of Agriculture with the Original Notice and Petition in Equity regarding the above-subject case.  The Original Notice and Petition must be served on the United States Attorney's Office and the Attorney General of the United States in accordance with Title 28, United States Code, Section 2410(b).

       Please also note that the government is allowed sixty (60) days within which to answer, and will therefore file a responsive pleading 60 days from the date served with the Original Notice and Petition.  If you have any questions, please feel free to contact AUSA Jason Lawrence at (515) 473-9309.

Bonnie Robinson
Paralegal Specialist
US Attorney's Office
Southern District of Iowa
110 E. Court Avenue, Suite 286
Des Moines, Iowa 50309
Phone: (515) 473-9362
Email: bonnie.robinson@usdoj.gov

This email and any files transmitted with it may contain privileged or confidential information. If you are not the intended recipient of this information, the disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited and may be unlawful. If you think you may not be the intended recipient, please notify the sender immediately.

E-FILED  2024 JUN 13 12:05 PM WARREN - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT
IN AND FOR WARREN COUNTY

CITY OF INDIANOLA, IOWA,          )
                                  )   Equity No. EQCV039949
          Plaintiff,              )
                                  )
     v.                           )   MOTION TO SET ASIDE DEFAULT
                                  )   JUDGMENT PURSUANT TO
CARRIE WALKER, et al.,            )   IOWA R. CIV. P. 1.997
                                  )
          Defendants.             )

     Defendant United States of America, Department of Agriculture ("USDA"), through its

undersigned attorney, hereby moves the Court to set aside the default judgment against the United

States Department of Agriculture[1] pursuant to Iowa R. Civ. P. 1.977, alleging as follows.

     1.    "Under settled principles of sovereign immunity, the United States, as sovereign,

is immune from suit, save as it consents to be sued . . . and the terms of its consent to be sued in

any court define that court's jurisdiction to entertain the suit." *United States v. Dalm*, 496 U.S.

596, 608 (1990) (cleaned up). This applies to agencies of the United States, like the USDA. *See*

*Delano Farms Co. v. California Table Grape Com'n*, 655 F.3d 1337, 1343 (Fed. Cir. 2011).

     2.    The USDA is a lienholder in the real property that the City of Indianola seeks to

take by abandonment. Petition at 1 ¶ 3.

     3.    The United States has enacted a limited waiver of sovereign immunity allowing

"Actions affecting property on which United States has lien." *See generally* 28 U.S.C. § 2410.

     4.    28 U.S.C. § 2410(b) sets forth specific requirements for serving the United States

with any action in a state court that affects property in which the United States has a lien:

> In actions in the State courts service upon the United States shall be made by
> serving the process of the court with a copy of the complaint upon the United States

---

[1] The United States does not object to the default judgment as against the remaining defendants.

attorney for the district in which the action is brought or upon an assistant United States attorney or clerical employee designated by the United States attorney in writing filed with the clerk of the court in which the action is brought and by sending copies of the process and complaint, by registered mail, or by certified mail, to the Attorney General of the United States at Washington, District of Columbia.

5.      The United States "may appear and answer, plead or demur within sixty days after such service or such further time as the court may allow." 28 U.S.C. § 2410(b).

6.      Nothing filed by the City of Indianola show that it served either, let alone both, the United States Attorney for the Southern District of Iowa (or his designated clerical employee) or the United States Attorney General in Washington D.C. *See* June 10, 2024, affidavit of Lisa Anderson alleging only service upon the USDA and October 19, 2023, Affidavit of Service on the USDA through its Office of General Counsel (the only evidence of service upon the USDA in the record).

7.      In fact, the United States, through its undersigned counsel's paralegal, informed then counsel of record for the city of the city's failure to comply with § 2410(b)'s service requirements on November 14, 2023. *See* Exhibit A to this motion. Current counsel for the city has represented she was unaware of this correspondence.

8.      Iowa R. Civ. P. 1.977 allows the Court to set aside a default judgment for "good cause." The United States, as the movant, has the burden to plead and prove good cause. *Sheeder v. Boyette*, 764 N.W.2d 778, 780 (Iowa Ct. App. 2009).

9.      "Good cause is a sound, effective, and truthful reason. It is something more than an excuse, a plea, apology, extenuation, or some justification for the resulting effect." *No Boundary, LLC v. Hoosman*, 953 N.W.2d 696, 700 (Iowa 2021) (quoted citation omitted).

10.     Iowa has a "longstanding policy . . . favoring the resolution of legal disputes on the

2

merits. Pursuant to this longstanding policy, default judgments are disfavored. This court will resolve all doubt on whether a default judgment should be set aside in favor of setting aside the default judgment." *Id.* at 699 - 700 (cleaned up).

11.     The city's failure to properly serve the USDA after its counsel informed the city, through the city's counsel of record, of § 2410(b)'s service requirements is the sole and proximate cause for the USDA's surprise in having default entered against it.

12.     The USDA is promptly filing this motion a day after it learned default was entered, establishing its intent to defend against the claim. *Id.* at 702.

13.     The USDA has a meritorious defense in good faith to the city's petition. *See id.* (requiring defendant's assertion of a meritorious defense in good faith to set aside a default judgment). The city may only bring an action affecting the lien interest of the United States for the reasons set forth in 28 U.S.C. § 2410(a). Abandonment, as set forth in Iowa Code § 657A, is not one of those reasons. The USDA is entitled to, after properly being served, remove this matter to federal court and seek its dismissal for lack of subject matter jurisdiction because it has sovereign immunity from the application of § 657A to its lien interest.

14.     The Court should set aside the default judgment it has entered with respect to the USDA because the City of Indianola has failed to properly serve the United Sates as required by 28 U.S.C. § 2410(b). The USDA has a meritorious defense in good faith that it plans on pursuing once it is properly served. The USDA has met the requirements for the Court favoring Iowa's longstanding policy of deciding actions on the merits and setting aside the default judgment entered against the USDA. *See generally id.* at 699 – 702.

15.     The Court should order the City of Indianola to properly effect service on the

3

United States, as required by 28 U.S.C. § 2410(b), within a reasonable period of time, and if the

city fails to affect service within that time, dismiss the petition as against the USDA.

WHEREFORE the United States Department of Agriculture respectfully requests the Court

set aside the default judgment entered against it pursuant to Iowa R. Civ. P. 1.977 and order the

City of Indianola to serve the USDA consistent with the requirements of 28 U.S.C. § 2410(b)

within a reasonable time set by the Court.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/Jason R. Lawrence*
Jason R. Lawrence AT0013301
Assistant United States Attorney
210 Walnut Street, Suite 455
Des Moines, Iowa 50309
Telephone: (515) 473-9309
Facsimile: (515) 473-9282
Email: usaias.nefiadc@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2024, I electronically filed the foregoing with the Iowa District Court, Warren County Clerk of Court using the Electronic Document Management System, and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

Allison Steuterman
Dawn Bowman

*/s/Jason R. Lawrence*
Jason R. Lawrence
Assistant U.S. Attorney

E-FILED          EQCV039949 - 2024 JUN 13 03:58 PM          WARREN
CLERK OF DISTRICT COURT          Page 1 of 3

IN THE IOWA DISTRICT COURT FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA<br><br>Plaintiff(s)<br><br>VS.<br><br>CARRIE JONES<br>UNITES STATES DEPARTMENT OF AGRICULTURE<br>ACC 709, LLC<br>WARREN COUNTY IOWA<br><br>Defendant(s). | Case No. 05911  EQCV039949<br><br>**Order Setting Hearing**<br><br>**on**<br><br>**Motion** |

The United States of America has filed a motion to set aside the default judgment entered against it on May 31, 2024.
A hearing should now be scheduled.

**IT IS THEREFORE THE ORDER OF THE COURT** as follows:
**Hearing is scheduled on 07/02/2024 at 1:00 PM  at the Warren Co Courthouse,115 N. Howard St, Indianola, IA 50125.**

Any additional legal authorities not set forth in the motion or resistance must be submitted to the Court two (2) days prior to the hearing.

**HEARING SHALL BE CONDUCTED VIA ZOOM VIDEOCONFERENCE**:

Join ZoomGov Meeting

https://iowacourts.zoomgov.com/j/1606179604?
pwd=eTk3dy9DaC8weXhDcGZLbkZIQzF2QT09
Meeting ID: 160 617 9604
Passcode: 649544

Dial by your location
        +1 669 254 5252 US (San Jose)
        +1 646 828 7666 US (New York)
Meeting ID: 160 617 9604
Passcode: 649544
Find your local number: https://iowacourts.zoomgov.com/u/aeeVCJNL9g

E-FILED          EQCV039949 - 2024 JUN 13 03:58 PM          WARREN
                CLERK OF DISTRICT COURT                      Page 2 of 3

**Videoconference hearings shall be conducted in the same manner as in-person court hearings. All participants must dress appropriately. Participants must behave respectfully and civilly. Participants shall locate themselves in a quiet area that is free from noise or other distractions**.

**Recording or rebroadcasting of a court proceeding held by video or telephone conference, including pictures, screenshots, or other visual or audio copying, is prohibited absent an expanded news media coverage order. Any violation may result in contempt of court or other sanctions. Please note judicial branch staff may be recording this proceeding.**

SO ORDERED this 13th day of June, 2024.

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

E-FILED                    EQCV039949 - 2024 JUN 13 03:58 PM          WARREN
                           CLERK OF DISTRICT COURT                    Page 3 of 3



State of Iowa Courts

**Case Number**          **Case Title**
EQCV039949               CITY OF INDIANOLA V CARRIE WALKER
**Type:**                ORDER SETTING HEARING

So Ordered

Terry Rickers, District Court Judge,
Fifth Judicial District of Iowa

Electronically signed on 2024-06-13 15:58:47

E-FILED                    EQCV039949 - 2024 JUN 14 10:41 AM          WARREN
                              CLERK OF DISTRICT COURT              Page 1 of 2

## IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA<br>    Plaintiff<br><br>vs.<br><br><br>CARRIE JONES<br>UNITES STATES DEPARTMENT OF AGRICULTURE<br>ACC 709, LLC<br>WARREN COUNTY IOWA<br><br>    Defendants | 05911  EQCV039949<br><br>ORDER<br>SETtING ASIDE DEFAULT JUDGMENT |

With the consent of the Plaintiff, the default judgment entered against the United States Department of Agriculture on May 31, 2024, is set aside and vacated.

The Plaintiff is granted an additional 45 days to properly serve the USDA.

The hearing set for July 2, 2024 is canceled.

If you need assistance to participate in court due to a disability, call the disability coordinator at (515) 286-3394 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

5RCV01

E-FILED                    EQCV039949 - 2024 JUN 14 10:41 AM          WARREN
                           CLERK OF DISTRICT COURT                   Page 2 of 2



State of Iowa Courts

**Case Number**          **Case Title**
EQCV039949               CITY OF INDIANOLA V CARRIE WALKER
**Type:**                OTHER ORDER

So Ordered

Terry Rickers, District Court Judge,
Fifth Judicial District of Iowa

Electronically signed on 2024-06-14 10:41:40

E-FILED  2024 JUN 14 9:52 AM WARREN - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA, IOWA,<br><br>        Plaintiff,<br><br>v.<br><br>CARRIE WALKER, UNITED STATES DEPARTMENT OF AGRICULTURE, WARREN COUNTY, IOWA, and ACC 709, LLC,<br><br>        Defendants. | Case No. EQCV039949<br><br><br>**PLAINTIFF'S STIPULATION/NON-RESISTANCE TO MOTION TO SET ASIDE DEFAULT JUDGMENT** |

COMES NOW the Plaintiff, City of Indianola, Iowa, by and through its undersigned counsel, and for its Stipulation/Non-Resistance to Motion to Set Aside Judgment, states to the Court as follows:

1.      On September 20, 2023, Plaintiff filed an Original Notice and Petition in Equity pursuant to Iowa Code section 657A.10B for the property locally known as 1001 Caroline Terrace, Indianola, Iowa, and legally described as:

> Lot 33 in Green Hills of Indianola, an Official Replat, now included in and forming a part of the City of Indianola, Warren County, Iowa, and certain buildings and/or structures located thereon.

(hereinafter referred to as the "Property").

2.      Respondent, United States Department of Agriculture (hereinafter "USDA"), was served the Original Notice and Petition on October 18, 2023 as evidenced by the Return of Service filed on October 19, 2023.

3.      However, the USDA is correct when it states in its Motion to Set Aside Default Judgement that Plaintiff did not serve the United States Attorney for the Southern District of Iowa

1

E-FILED 2024 JUN 14 9:52 AM WARREN - CLERK OF DISTRICT COURT

(or his designated clerical employee) or the United States Attorney General in Washington D.C. as required by 28 U.S.C. § 2410(b).

      4.      Such failure was an oversight and Plaintiff wishes to correct same.

      5.      Undersigned counsel has been in contact with counsel for the USDA and the parties are in discussions on potential resolution of the matter.

      6.      Plaintiff stipulates to and does not resist the Motion to Set Aside Default Judgment filed by the USDA and further requests an additional forty-five (45) days to obtain proper service upon the USDA and to continue discussion of potential resolution.

WHEREFORE Plaintiff, City of Indianola, Iowa, stipulates to and does not resist the Motion to Set Aside Default Judgment filed by the USDA and request the Court grant it an additional forty-five (45) days to obtain proper service upon the USDA.


Respectfully submitted,

BRICK GENTRY P.C.


  /s/ Allison M. Steuterman
Allison M. Steuterman (AT0007558)
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266
Telephone: (515) 274-1450
Facsimile: (515) 274-1488
allison.steuterman@brickgentrylaw.com
ATTORNEY FOR PLAINTIFF

**NOTICE OF ELECTRONIC FILING**

Notice of Electronic Filing is sent through the Electronic Document Management System to all registered filers for the within case. A review of the filers in this matter indicates that all unregistered filer will be served with a paper copy and so noted in a Certificate of Service.

Dated: June 14, 2024.

By:/s/ Lisa Anderson

E-FILED  2024 JUN 14 9:52 AM WARREN - CLERK OF DISTRICT COURT

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was mailed and/or emailed to the parties listed below:

Carrie Walker
1001 Caroline Terrace
Indianola, IA 50125
walker2747@hotmail.com

United States Department of Agriculture
1400 Independence Avenue SW, Room 107W
Whitten Building
Washington, DC 20250

Warren County Iowa
c/o Warren County Treasurer
301 N. Buxton Street, Suite 102
Indianola, IA 50125

ACC 709, LLC
c/o Todd Queck, Registered Agent
3161 SE 22nd Street
Des Moines, IA 50320

Dated: June 14, 2024

By:/s/ Lisa Anderson

IN THE IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA, IOWA,<br><br>                    Plaintiff,<br><br>v.<br><br>CARRIE WALKER, UNITED STATES<br>DEPARTMENT OF AGRICULTURE,<br>WARREN COUNTY, IOWA, and<br>ACC 709, LLC,<br><br>                    Defendants. | Case No.  EQCV039949<br><br><br>**AFFIDAVIT OF MAILING** |

STATE OF IOWA          )
                                     ) ss:
COUNTY OF DALLAS   )

The undersigned, first being duly sworn, states that on the 14th day of June 2024, a Brick

Gentry, P.C. staff member mailed the *Plaintiff's Stipulation/Non-Resistance to Motion to Set Aside*

*Default Judgment* by ordinary mail together with other enclosures if so indicated above, being

mailed in a sealed envelope with proper postage thereon, addressed to the said persons

respectively, at their last known Post Office addresses, by depositing the same on said date in a

United States Post Office mail receptacle in and said County, to-wit:

Carrie Walker
1001 Caroline Terrace
Indianola, IA 50125

Warren County Iowa
c/o Warren County Treasurer
301 N. Buxton Street, Suite 102
Indianola, IA 50125

United States Department of Agriculture
1400 Independence Avenue SW, Room 107W
Whitten Building
Washington, DC 20250

ACC 709, LLC
c/o Todd Queck, Registered Agent
3161 SE 22nd Street
Des Moines, IA 50320.

Lisa Anderson, Affiant

Subscribed and sworn to before me this 18th day of June, 2024.

MEGAN VIAU
Commission Number 816565
My Commission Expires
April 22, 2025

Notary Public in and for the State of Iowa



US POSTAGE >>>PITNEY BOWES

$ 000.64⁰

ZIP 50266
02 7H
0006100374

JUN 14 2024

FIRST-CLASS

**BRICK GENTRY** P.C.
ATTORNEYS & COUNSELORS AT LAW
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266

Carrie Walker
1001 Caroline Terrace
Indianola, IA 50125



US POSTAGE IMI PITNEY BOWES

ZIP 50266
02 7H
0006100374

$ 000.64⁰

JUN 14 2024

FIRST-CLASS

**BRICK GENTRY P.C.**
ATTORNEYS & COUNSELORS AT LAW
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266

Warren County Iowa
c/o Warren County Treasurer
301 N. Buxton Street, Suite 102
Indianola, IA 50125

E-FILED  2024 JUN 18 4:10 PM WARREN - CLERK OF DISTRICT COURT



US POSTAGE PITNEY BOWES

$ 000.64⁰

ZIP 50266
02 7H
0006100374

JUN 14 2024

FIRST-CLASS

BRICK GENTRY P.C.
ATTORNEYS & COUNSELORS AT LAW
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266

United States Department of Agriculture
1400 Independence Avenue SW, Room 107W
Whitten Building
Washington, DC 20250



FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 50266
02 7H
0006100374

$ 000.64⁰

JUN 14 2024

**BRICK GENTRY P.C.**
ATTORNEYS & COUNSELORS at LAW
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266

ACC 709, LLC
c/o Todd Queck, Registered Agent
3161 SE 22nd Street
Des Moines, IA 50320

IN THE IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| CITY OF INDIANOLA, IOWA,<br><br>       Plaintiff,<br><br>v.<br><br>CARRIE WALKER, UNITED STATES DEPARTMENT OF AGRICULTURE, WARREN COUNTY, IOWA, and ACC 709, LLC,<br><br>       Defendants. | Case No.  EQCV039949<br><br><br>**AFFIDAVIT OF MAILING** |

STATE OF IOWA            )
                                        ) ss:
COUNTY OF DALLAS     )

The undersigned, first being duly sworn, states that on the 11th day of July 2024, the undersigned personally mailed the *Original Notice and Petition, along with the entire case docket as of 7/11/2024,* via Certified U.S. Mail, Return Receipt Requested, being mailed in a sealed envelope with proper postage thereon, addressed to the said persons respectively, at their last known Post Office addresses, by depositing the same on said date in a United States Post Office mail receptacle in and said County, to-wit:

**Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001**

_____
Lisa Anderson, Affiant

Subscribed and sworn to before me this 12ᵗʰ day of July 2024.

NANCY L. THORNTON
Commission Number 720001
My Commission Expires
December 16, 2026

_____
Notary Public in and for the State of Iowa

CERTIFIED MAIL®

9589 0710 5270 0504 4465 30



**BRICK GENTRY** P.C.
6701 Westown Parkway, Ste 100
West Des Moines, IA 50266

TO:
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

FIRST-CLASS



US POSTAGE AND PITNEY BOWES

ZIP 50266
02 7H
0006100374

$ 009.44⁰
JUL 11 2024

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 7811 2152 2638 88

2. Article Number (Transfer from service label)

9589 0710 5270 0504 4465 30

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

E-FILED  2024 JUL 12 8:53 AM WARREN - CLERK OF DISTRICT COURT

**IN THE IOWA DISTRICT COURT FOR WARREN COUNTY**

**CASE NO.: EQCV039949**

### AFFIDAVIT OF SERVICE

**CITY OF INDIANOLA, IOWA**

       Plaintiff/Petitioner,

vs.

**CARRIE WALKER, et al.**

       Defendant/Respondent.

_____/

Received by **Absolute Serving** on **07/11/2024** to be served upon:

**UNITED STATES ATTORNEY- SOUTHERN DISTRICT OF IOWA**

STATE OF IOWA
COUNTY OF POLK   **ss.**

I, **Julia McMahon**, being duly sworn on oath, and over the age of 18 years, do hereby depose and state that:

On **07/11/2024** at **10:00 AM**, I served the within **COVER LETTER FROM ALLISON M STEUTERMAN; ORIGINAL NOTICE; PETITION IN EQUITY (LIS PENDENS) WITH ATTACHMENTS; APPEARANCE OF ALLISON M STEUTERMAN; MOTION FOR EXTENSION OF TIME TO EFFECTUARTE SERVICE WITH ATTACHMENT; ORDER FOR GRATING MOTION TO EXTEND; MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT CARRIE WALKER WITH EXHIBIT A: B, C, D, ORDER FOR ALTERNATIVE SERVICE ON DEFENDANT CARRIE WALKER; ORDER TO EXPEDITE DISPOSITION; APPLICATION TO AWARD TITLE TO ABAONDONED PROPERTY; EXHIBITS 1, 2, 3, ORDER AWARDING TITLE TO ABANDONED PROPERTY; AFFIDAVIT OF SERVICE BY CERTIFIED MAIL; EXHIBIT 1, 2, 3, 4, 5, 6, 7, 8, APPEARANCE OF RICHARD D WESTPHAL; MOTION TO SET ASIDE DEFAULT JUDGMENT PURSUANT TO IOWA R. CIV. P. 1. 997; ORDER SETTING HEARING ON MOTION; PLAINTIFF'S STIPULATION / NON-RESISTANCE TO MOTION TO SET ASIDE DEFAULT JUDGMENT; ORDER SETTING DEFAULT JUDGMENT; AFFIDAVIT OF MAILING;** on **UNITED STATES ATTORNEY- SOUTHERN DISTRICT OF IOWA** at **210 WALNUT STREET, 455 , Des Moines, IA 50309** in the manner indicated below:

**CORPORATE SERVICE:** I served the same on the above company, corporation, government official, etc, by delivering a copy to the person named and described below at the address shown above. :

NAME: **SCOTT PITT @ US ATTORNEY'S OFFICE** TITLE/RELATION: **ADMINISTRATION, DESIGNATED TO ACCEPT**

Fee For Service: **$75.00**

Sworn to and subscribed before me on this
11th day of July, 2024
by an affiant who is personally known to me
or produced identification.

X_____
Julia McMahon
Independent Contractor for:

Absolute Serving
680 18th Street
Des Moines, IA 50314

NOTARY PUBLIC

Atty File#: - Our File# **45299**

**SELENA BARKER**
Commission Number 839507
My Commission Expires
5/19/25